IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY BREWER, #255909, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:11-CV-457-TMH |
| | ) |
| FRANK ALBRIGHT, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #27) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the Recommendation (Doc. #27) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice for Plaintiff's failure to file an amended complaint in accordance with the directives of the orders entered in this case.

A separate judgment shall issue.

Done this 27th day of April, 2012.

                                         /s/ Truman M. Hobbs

                                      _____
                                      SENIOR UNITED STATES DISTRICT JUDGE